IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2011 JUL 27 AM 11: 12

FREDERICK FEUS, III; TERRY )
HARPER; DANNY MACMILLAN; and )
LARRY WILSON; in their )
capacities as trustees of the )
United Association of )
Journeymen and Apprentices of )
the Plumbing and Pipe Fitting )
Industry of the United States )
and Canada, AFL-CIO, Local 188 )
Pension Fund; United )
Association of Journeymen and )
Apprentices of the Plumbing and )
Pipe Fitting Industry of the )
United States and Canada, AFL- )
CIO, Local 188 Health & Welfare )
Fund; and United Association of )
Journeyman and Apprentices of )
the Plumbing and Pipe Fitting )
Industry of the United States )
and Canada, AFL-CIO, Local 188 )
Annuity Fund, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV410-128
 )
THE MECHANICAL SHOP, INC., )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the Plaintiffs' Notice of Dismissal, which seeks to dismiss this action without prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment." As this requirement is satisfied, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and expenses. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA